UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNY RONDON RODRIGUEZ

    Petitioner,

VS.                                  CASE NO. 6:26-cv-238-JA-RMN

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM

    Respondents.

---

## TEMPORARY RESTRAINING ORDER

    The request for a Temporary Restraining Order in (Doc. 1) PETITION for Writ of Habeas Corpus limited to preserving the status quo is **GRANTED** to the extent that Respondents are **DIRECTED** not to remove Petitioner from the Orange County Jail in the Middle District of Florida effective immediately pending further Order. The remainder of the petition is under consideration.

    Petitioner's counsel is **DIRECTED** to serve a copy of this Order on Respondents, as soon as possible by any means practicable in light of the fact

that Respondents have not yet appeared. Counsel is **DIRECTED** to notify the Court once he has done so.

      **DONE** and **ORDERED** on January 29, 2026.

                                        JOHN ANTOON II
                                      United States District Judge

Copies furnished to:
Counsel of Record
Respondents