# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHNNY RONDON RODRIGUEZ,
    Petitioner,

VS.                                   CASE NO. 6:26-cv-238-JA-RMN

LOUIS A. QUINONES, JR.;
GARRETT J. RIPA; and KRISTI
NOEM;
    Respondents.
_____

## ORDER

The Clerk of Court has automatically sealed several entries in this case. The Clerk is **directed** to unseal and maintain on the public docket Respondents' response (Doc. 9), Petitioner's response (Doc. 10), Respondents' counsel's notice of appearance (Doc. 11), and Respondents' notice (Doc. 12). The Petition for Writ of Habeas Corpus (Doc. 1) and the Amended Petition for Writ of Habeas Corpus (Doc. 6) should remain sealed due to personal identifying information within the main documents.

**DONE** and **ORDERED** on February 4th, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record