UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHNNY RONDON RODRIGUEZ,**

**Petitioner,**

**v.** **Case No. 6:26-cv-238-JA-RMN**

**LOUIS A. QUINONES, JR., et al.,**

**Respondents.**

---

**ORDER**

The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on October 9th, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party